FILED
JAN 14 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>MARCUS DALE SIMPSON,<br><br>Defendant. | Case No. 4:16-mj-70001-MAG-1 (DMR)<br><br>Charging District: Eastern District of California, Sacramento<br><br>Charging District's Case No.: 2:09-CR-00154-GEB |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Robert T. Matsui<br>U.S. District Court<br>501 I Street<br>Sacramento, CA 95814 | Courtroom No.: 25<br>Date and Time: January 22, 2016 at 2:00 p.m.<br>U.S. Magistrate Judge Kendall J. Newman |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: January 14, 2016

_____
DONNA M. RYU
United States Magistrate Judge